# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MERRILL SR., DARYL R | § | Case No. 15-10692 |
| MERRILL, GERALDINE | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/25/2015 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    42,756.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 418.92 |
   | Bank service fees | 198.55 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 42,138.53 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/20/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,025.60 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,025.60 , for a total compensation of $ 5,025.60 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/19/2016              By:/s/Robert B. Katz, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 15-10692 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MERRILL SR., DARYL R | | | | Date Filed (f) or Converted (c): | 03/25/15 (f) |
| | MERRILL, GERALDINE | | | | 341(a) Meeting Date: | 05/07/15 |
| For Period Ending: | 05/03/16 | | | | Claims Bar Date: | 11/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 957 Greenview Ave Des Plaines, IL 60016 (Debtor's | 263,000.00 | 0.00 | | 0.00 | FA |
| 2. Savings account with First Midwest | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with First Midwest | 146.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with First Midwest | 154.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with First Midwest | 489.00 | 0.00 | | 0.00 | FA |
| 6. Checking account with American Chartered | 4,702.00 | 1,450.00 | | 1,450.00 | FA |
| 7. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Books, Cds, DVDs, Tapes/Records, Family Pictures | 350.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 10. Earrings, watch, costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 12. Universal Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 13. 201 East Hanover, New Sharon IA (u) | 0.00 | 35,950.00 | | 35,950.00 | FA |
| 14. Preference Recovery (u) | 0.00 | 4,756.00 | | 4,756.00 | FA |
| 15. Auto Lincoln (u) | 3,000.00 | 600.00 | | 600.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |
| 17. Used Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 18. Whole Life (Midland National Life) | 2,722.00 | 0.00 | | 0.00 | FA |
| 19. Whole Life (General American Life) | 7,139.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $286,602.00 | $42,756.00 | | $42,756.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 15-10692  PSH  Judge: PAMELA S. HOLLIS | Trustee Name: Robert B. Katz, Trustee |
| Case Name: MERRILL SR., DARYL R | Date Filed (f) or Converted (c): 03/25/15 (f) |
| MERRILL, GERALDINE | 341(a) Meeting Date: 05/07/15 |
| | Claims Bar Date: 11/20/15 |

Trustee retained counsel who negotiated settlement for debtor to pay $38,000 to trustee for equity in debtors' auto and value in unscheduled vacation real estate. Counsel also settled a preference recovery. Trustee awaits preparation of federal and state income tax returns and applications for professional compensation needed to prepare TFR.

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-10692 -PSH | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MERRILL SR., DARYL R | Bank Name: | ASSOCIATED BANK |
|  | MERRILL, GERALDINE | Account Number / CD #: | *******7142 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7764 |  |  |
| For Period Ending: | 05/03/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| * 11/04/15 |  | Daryl R Merrill Sr.<br>957 Greenview Ave<br>Des Plaines, IL 60016 |  | 1210-003 | 15,000.00 |  | 15,000.00 |
| * 11/10/15 |  | Daryl R Merrill Sr.<br>957 Greenview Ave<br>Des Plaines, IL 60016 | VOID | 1210-003 | -15,000.00 |  | 0.00 |
| 11/10/15 |  | Daryl R. Merril Sr.<br>957 Greenview Ave.<br>Des Plaines, IL 60016 |  | 1210-000 | 15,000.00 |  | 15,000.00 |
| 12/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 15.10 | 14,984.90 |
| 01/04/16 |  | Daryl R. Merrill Sr.<br>957 Greenview Ave.<br>Des Plaines, IL 60016 |  | 1210-000 | 2,000.00 |  | 16,984.90 |
| 01/04/16 |  | Christian Life Church<br>400 E. Gregory St.<br>Mount Prospect, IL 60056 |  | 1210-000 | 10,000.00 |  | 26,984.90 |
| 01/08/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 24.00 | 26,960.90 |
| 01/14/16 |  | Capital One Services, LLC<br>For the Bankruptcy Estate of<br>Daryl & Geraldine Merrill<br>PO Box 85508<br>Richmond, VA 23285-5508 | PREFERENCE RECOVERY | 1241-000 | 4,756.00 |  | 31,716.90 |
| 02/05/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 44.18 | 31,672.72 |
| 02/15/16 |  | Daryl R Merrill<br>957 Greenview Ave<br>Des Plaines, IL 60016 | SETTLEMENT FROM DEBTOR<br>PURCHASE OF ESTATE'S INTEREST IN<br>PROPERTY | 1210-000 | 11,000.00 |  | 42,672.72 |
| 02/15/16 | 010001 | Arthur B. Levine Co., Inc.<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | BLANKET BOND DISBURSEMENT | 2300-000 |  | 25.92 | 42,646.80 |

Page Subtotals   42,756.00   109.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 15-10692 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MERRILL SR., DARYL R | | Bank Name: | ASSOCIATED BANK |
| | MERRILL, GERALDINE | | Account Number / CD #: | *******7142 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7764 | | | |
| For Period Ending: | 05/03/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.95 | 42,594.85 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.32 | 42,531.53 |
| 04/12/16 | 010002 | Illinois Department of Revenue<br>For the Estate of Daryl R. Merrill Sr.<br>FEIN 47-7387764 | STATE INCOME TAX | 2820-000 | | 393.00 | 42,138.53 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 42,756.00 | 617.47 | 42,138.53 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 42,756.00 | 617.47 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 42,756.00 | 617.47 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7142 | 42,756.00 | 617.47 | 42,138.53 |
| | 42,756.00 | 617.47 | 42,138.53 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ Robert B. Katz, Trustee

Trustee's Signature: _____  Date: 05/19/16
ROBERT B. KATZ, TRUSTEE

Page Subtotals   0.00   508.27

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 19, 2016 |

Case Number: 15-10692  
Debtor Name: MERRILL SR., DARYL R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Robert B. Katz<br>53 W Jackson Blvd. Suite 1320<br>Chicago, IL 60604 | Administrative | | $5,025.60 | $0.00 | $5,025.60 |
| 001<br>3110-00 | Di Monte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $17,102.40 | $0.00 | $17,102.40 |
| 001<br>3310-00 | Popowcer Katten, Ltd<br>35 E Wacker Drive Suite 1550<br>Chicago, IL 60601 | Administrative | | $1,173.00 | $0.00 | $1,173.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Co., Inc.<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Administrative | | $25.92 | $25.92 | $0.00 |
| 000001<br>070<br>UC | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $2,059.08 | $0.00 | $2,059.08 |
| 000002<br>070<br>UC | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $14,510.43 | $0.00 | $14,510.43 |
| 000003<br>070<br>UC | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $34,595.76 | $0.00 | $34,595.76 |
| 000004<br>070<br>UC | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $38,237.51 | $0.00 | $38,237.51 |
| 000005<br>070<br>UC | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $17,748.89 | $0.00 | $17,748.89 |
| 000006<br>070<br>UC | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $32.00 | $0.00 | $32.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 19, 2016 |

Case Number: 15-10692  
Debtor Name: MERRILL SR., DARYL R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>UC | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $7,405.54 | $0.00 | $7,405.54 |
| 000008<br>070<br>UC | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,003.69 | $0.00 | $1,003.69 |
| 000009<br>070<br>UC | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $178.28 | $0.00 | $178.28 |
| | Case Totals: | | | $139,098.10 | $25.92 | $139,072.18 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-10692
Case Name: MERRILL SR., DARYL R
  MERRILL, GERALDINE
Trustee Name: Robert B. Katz, Trustee

| Balance on hand | $ | 42,138.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 5,025.60 | $ 0.00 | $ 5,025.60 |
| Attorney for Trustee Fees: Di Monte & Lizak, LLC | $ 17,077.40 | $ 0.00 | $ 17,077.40 |
| Attorney for Trustee Expenses: Di Monte & Lizak, LLC | $ 25.00 | $ 0.00 | $ 25.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 1,173.00 | $ 0.00 | $ 1,173.00 |
| Other: Arthur B. Levine Co., Inc. | $ 25.92 | $ 25.92 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    23,301.00
Remaining Balance    $    18,837.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,771.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 2,059.08 | $ 0.00 | $ 335.04 |
| 000002 | PYOD, LLC its successors and assigns as | $ 14,510.43 | $ 0.00 | $ 2,361.04 |
| 000003 | PYOD, LLC its successors and assigns as | $ 34,595.76 | $ 0.00 | $ 5,629.20 |
| 000004 | Capital One Bank (USA), N.A. | $ 38,237.51 | $ 0.00 | $ 6,221.76 |
| 000005 | Capital One Bank (USA), N.A. | $ 17,748.89 | $ 0.00 | $ 2,887.98 |
| 000006 | American Express Bank, FSB | $ 32.00 | $ 0.00 | $ 5.21 |
| 000007 | American Express Bank, FSB | $ 7,405.54 | $ 0.00 | $ 1,204.98 |
| 000008 | American Express Bank, FSB | $ 1,003.69 | $ 0.00 | $ 163.31 |
| 000009 | Capital Recovery V, LLC | $ 178.28 | $ 0.00 | $ 29.01 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 18,837.53 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE