IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Daryl R. Merrill Sr. | ) | No. 15-10692 |
| Geraldine Merrill | | |
| | ) | |
| Debtors | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |

## CERTIFICATE OF SERVICE

Robert B. Katz, Trustee, states that he served a copy of the foregoing Notice by causing same to be deposited in the U.S. Mail, with proper postage prepaid, addressed to the parties as listed below on the 19th day of May, 2016.

Capital Recovery V, LLC
c/o Recovery Management Systems Corporate
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

American Express Bank, FSM
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

                                                     /s/Robert B. Katz
                                                       Robert B. Katz