## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MERRILL SR., DARYL R | § | Case No. 15-10692 |
| MERRILL, GERALDINE | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 286,490.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  18,837.53 | Claims Discharged<br>Without Payment:  6,810,890.65 |
| Total Expenses of Administration:  23,918.47 | |

3) Total gross receipts of $ 42,756.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 42,756.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 253,097.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,918.47 | 23,918.47 | 23,918.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,713,957.00 | 115,771.18 | 115,771.18 | 18,837.53 |
| **TOTAL DISBURSEMENTS** | $ 6,967,054.00 | $ 139,689.65 | $ 139,689.65 | $ 42,756.00 |

4) This case was originally filed under chapter 7 on 03/25/2015 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/10/2016                    By:/s/Robert B. Katz, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property | 1210-000 | 21,000.00 |
| 201 East Hanover, New Sharon IA | 1210-000 | 17,000.00 |
| Preference Recovery | 1241-000 | 4,756.00 |
| TOTAL GROSS RECEIPTS | | $42,756.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Chase MTG Attn: Bankruptcy Dept. Po Box 24696 Columbus OH 43224 | | 105,119.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Chase MTG Attn: Bankruptcy Dept. Po Box 24696 Columbus OH 43224 | | 147,978.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 253,097.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 5,025.60 | 5,025.60 | 5,025.60 |
| ARTHUR B. LEVINE CO., INC. | 2300-000 | NA | 25.92 | 25.92 | 25.92 |
| ASSOCIATED BANK | 2600-000 | NA | 198.55 | 198.55 | 198.55 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 393.00 | 393.00 | 393.00 |
| DI MONTE & LIZAK, LLC | 3110-000 | NA | 17,077.40 | 17,077.40 | 17,077.40 |
| DI MONTE & LIZAK, LLC | 3120-000 | NA | 25.00 | 25.00 | 25.00 |
| POPOWCER KATTEN, LTD | 3310-000 | NA | 1,173.00 | 1,173.00 | 1,173.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 23,918.47** | **$ 23,918.47** | **$ 23,918.47** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AMEX Bankruptcy Dept. PO Box 297812 Ft Lauderdale FL 33329 | | 0.00 | NA | NA | 0.00 |
| | 10 CITI Cards Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 14,692.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 Fed Natl Mtge Attn: Bankruptcy Dept. 1 S Wacker Dr #1400 Chicago IL 60606 | | 0.00 | NA | NA | 0.00 |
| | 12 FIRST MIDWEST BANK/NA Attn: Bankruptcy Dept. 300 N Hunt Club Rd Gurnee IL 60031 | | 4,558.00 | NA | NA | 0.00 |
| | 13 Syncb/Walmart Attn: Bankruptcy Dept. Po Box 965024 Orlando FL 32896 : NULL 14 Walmart Bankruptcy Dept. 702 S.W. 8th Street Bentonville AR 72716 | | 1,590.00 | NA | NA | 0.00 |
| | 2 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 :  NULL 3 Capital One Bankruptcy Department PO Box 21887 Eagan MN 55121 | | 6,591,800.00 | NA | NA | 0.00 |
| | 4 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 38,699.00 | NA | NA | 0.00 |
| | 5 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 3,461.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 9,069.00 | NA | NA | 0.00 |
| | 7 CITI Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 2,082.00 | NA | NA | 0.00 |
| | 8 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 13,411.00 | NA | NA | 0.00 |
| | 9 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 34,595.00 | NA | NA | 0.00 |
| | Clerk, Chancery Bankruptcy Dept. 50 W. Washington St., Room 802 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Pierce & Associates Bankruptcy Dept. 1 N. Dearborn St. #1300 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 32.00 | 32.00 | 5.21 |
| 000007 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 7,405.54 | 7,405.54 | 1,204.98 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 1,003.69 | 1,003.69 | 163.31 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 38,237.51 | 38,237.51 | 6,221.76 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 17,748.89 | 17,748.89 | 2,887.98 |
| 000009 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 178.28 | 178.28 | 29.01 |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 2,059.08 | 2,059.08 | 335.04 |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 14,510.43 | 14,510.43 | 2,361.04 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 34,595.76 | 34,595.76 | 5,629.20 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,713,957.00 | $ 115,771.18 | $ 115,771.18 | $ 18,837.53 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-10692 | PSH | Judge: PAMELA S. HOLLIS |
|---|---|---|---|
| Case Name: | MERRILL SR., DARYL R | | |
| | MERRILL, GERALDINE | | |
| For Period Ending: | 08/08/16 | | |

| Trustee Name: | Robert B. Katz, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 03/25/15 (f) |
| 341(a) Meeting Date: | 05/07/15 |
| Claims Bar Date: | 11/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 957 Greenview Ave  Des Plaines, IL 60016 (Debtor's | 263,000.00 | 0.00 | | 0.00 | FA |
| 2. Savings account with First Midwest | 0.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with First Midwest | 146.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with First Midwest | 154.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with First Midwest | 489.00 | 0.00 | | 0.00 | FA |
| 6. Checking account with Chase Bank | 4,702.00 | 1,450.00 | | 1,450.00 | FA |
| 7. HOUSEHOLD GOODS | 4,500.00 | 0.00 | | 0.00 | FA |
| 8. Books, Cds, DVDs, Tapes/Records, Family Pictures | 350.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 10. Earrings, watch, costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 12. Universal Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 13. 201 East Hanover, New Sharon IA (u) | 40,000.00 | 35,950.00 | | 52,950.00 | FA |
| 14. Preference Recovery (u) | 0.00 | 4,756.00 | | 9,512.00 | FA |
| 15. Auto Lincoln (u) | 3,000.00 | 600.00 | | 600.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |
| 17. Used Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 18. Whole Life (Midland National Life) | 2,722.00 | 0.00 | | 0.00 | FA |
| 19. Whole Life (General American Life) | 7,139.00 | 0.00 | | 0.00 | FA |
| 20. 2007 Mercury Grand Marquis | 4,590.00 | 0.00 | | 0.00 | FA |
| 21. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 22. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $334,192.00 | $42,756.00 | | $64,512.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-10692   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MERRILL SR., DARYL R | Date Filed (f) or Converted (c): | 03/25/15 (f) |
| | MERRILL, GERALDINE | 341(a) Meeting Date: | 05/07/15 |
| | | Claims Bar Date: | 11/20/15 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Trustee retained counsel who negotiated settlement for debtor to pay $38,000 to trustee for equity in debtors' auto and

value in unscheduled vacation real estate. Counsel also settled a preference recovery. Trustee awaits preparation of

federal and state income tax returns and applications for professional compensation needed to prepare TFR.


Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-10692  -PSH |
|---|---|
| Case Name: | MERRILL SR., DARYL R |
| | MERRILL, GERALDINE |
| Taxpayer ID No: | *******7764 |
| For Period Ending: | 08/08/16 |

| Trustee Name: | Robert B. Katz, Trustee |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7142  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 11/04/15 | | Daryl R Merrill Sr.<br>957 Greenview Ave<br>Des Plaines, IL 60016 | | 1210-003 | 15,000.00 | | 15,000.00 |
| * 11/10/15 | | Daryl R Merrill Sr.<br>957 Greenview Ave<br>Des Plaines, IL 60016 | VOID | 1210-003 | -15,000.00 | | 0.00 |
| 11/10/15 | 13 | Daryl R. Merril Sr.<br>957 Greenview Ave.<br>Des Plaines, IL 60016 | Trustee interest real estate | 1210-000 | 15,000.00 | | 15,000.00 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.10 | 14,984.90 |
| 01/04/16 | 13 | Daryl R. Merrill Sr.<br>957 Greenview Ave.<br>Des Plaines, IL 60016 | Trustee interest in real estate | 1210-000 | 2,000.00 | | 16,984.90 |
| 01/04/16 | | Christian Life Church<br>400 E. Gregory St.<br>Mount Prospect, IL 60056 | | 1210-000 | 10,000.00 | | 26,984.90 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.00 | 26,960.90 |
| 01/14/16 | 14 | Capital One Services, LLC<br>For the Bankruptcy Estate of<br>Daryl & Geraldine Merrill<br>PO Box 85508<br>Richmond, VA 23285-5508 | PREFERENCE RECOVERY | 1241-000 | 4,756.00 | | 31,716.90 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.18 | 31,672.72 |
| 02/15/16 | | Daryl R Merrill<br>957 Greenview Ave<br>Des Plaines, IL 60016 | SETTLEMENT FROM DEBTOR<br>PURCHASE OF ESTATE'S INTEREST IN<br>PROPERTY | 1210-000 | 11,000.00 | | 42,672.72 |
| 02/15/16 | 010001 | Arthur B. Levine Co., Inc.<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | BLANKET BOND DISBURSEMENT | 2300-000 | | 25.92 | 42,646.80 |

Page Subtotals      42,756.00      109.20

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2                                                                                                                          Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-10692 -PSH | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MERRILL SR., DARYL R | Bank Name: | ASSOCIATED BANK |
| | MERRILL, GERALDINE | Account Number / CD #: | *******7142 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7764 | | |
| For Period Ending: | 08/08/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.95 | 42,594.85 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.32 | 42,531.53 |
| 04/12/16 | 010002 | Illinois Department of Revenue | STATE INCOME TAX | 2820-000 | | 393.00 | 42,138.53 |
| | | For the Estate of Daryl R. Merrill Sr. | | | | | |
| | | FEIN 47-7387764 | | | | | |
| 06/24/16 | 010003 | Robert B. Katz | Trustee Compensation | 2100-000 | | 5,025.60 | 37,112.93 |
| | | 53 W Jackson Blvd. Suite 1320 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 06/24/16 | 010004 | Di Monte & Lizak, LLC | Attorney for Trustee Fees (Trustee | | | 17,102.40 | 20,010.53 |
| | | 216 West Higgins Road | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| | | | Fees       17,077.40 | 3110-000 | | | |
| | | | Expenses      25.00 | 3120-000 | | | |
| 06/24/16 | 010005 | Popowcer Katten, Ltd | Accountant for Trustee Fees (Truste | 3310-000 | | 1,173.00 | 18,837.53 |
| | | 35 E Wacker Drive Suite 1550 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| 06/24/16 | 010006 | PYOD, LLC its successors and assigns as assignee | Claim 000001, Payment 16.27134% | 7100-000 | | 335.04 | 18,502.49 |
| | | of Citibank, N.A. | | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602 | | | | | |
| 06/24/16 | 010007 | PYOD, LLC its successors and assigns as assignee | Claim 000002, Payment 16.27133% | 7100-000 | | 2,361.04 | 16,141.45 |
| | | of Citibank, N.A. | | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602 | | | | | |
| 06/24/16 | 010008 | PYOD, LLC its successors and assigns as assignee | Claim 000003, Payment 16.27136% | 7100-000 | | 5,629.20 | 10,512.25 |

Page Subtotals            0.00            32,134.55

Ver: 19.06a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page:  3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-10692  -PSH | |
| Case Name: | MERRILL SR., DARYL R | |
| | MERRILL, GERALDINE | |
| Taxpayer ID No: | *******7764 | |
| For Period Ending: | 08/08/16 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7142  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | of Citibank, N.A. | | | | |
| | | Resurgent Capital Services | | | | |
| | | PO Box 19008 | | | | |
| | | Greenville, SC 29602 | | | | |
| 06/24/16 | 010009 | Capital One Bank (USA), N.A. | Claim 000004, Payment 16.27135% | 7100-000 | | 6,221.76 | 4,290.49 |
| | | PO Box 71083 | | | | |
| | | Charlotte, NC 28272-1083 | | | | |
| 06/24/16 | 010010 | Capital One Bank (USA), N.A. | Claim 000005, Payment 16.27133% | 7100-000 | | 2,887.98 | 1,402.51 |
| | | PO Box 71083 | | | | |
| | | Charlotte, NC 28272-1083 | | | | |
| 06/24/16 | 010011 | American Express Bank, FSB | Claim 000006, Payment 16.28125% | 7100-000 | | 5.21 | 1,397.30 |
| | | c o Becket and Lee LLP | | | | |
| | | POB 3001 | | | | |
| | | Malvern, PA 19355-0701 | | | | |
| 06/24/16 | 010012 | American Express Bank, FSB | Claim 000007, Payment 16.27133% | 7100-000 | | 1,204.98 | 192.32 |
| | | c o Becket and Lee LLP | | | | |
| | | POB 3001 | | | | |
| | | Malvern, PA 19355-0701 | | | | |
| 06/24/16 | 010013 | American Express Bank, FSB | Claim 000008, Payment 16.27096% | 7100-000 | | 163.31 | 29.01 |
| | | c o Becket and Lee LLP | | | | |
| | | POB 3001 | | | | |
| | | Malvern, PA 19355-0701 | | | | |
| 06/24/16 | 010014 | Capital Recovery V, LLC | Claim 000009, Payment 16.27216% | 7100-000 | | 29.01 | 0.00 |
| | | c/o Recovery Management Systems Corporat | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | |
| | | Miami FL 33131-1605 | | | | |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 10,512.25 |

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 15-10692 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | MERRILL SR., DARYL R | | Bank Name: | ASSOCIATED BANK |
| | MERRILL, GERALDINE | | Account Number / CD #: | *******7142 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7764 | | | |
| For Period Ending: | 08/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 42,756.00 | 42,756.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 42,756.00 | 42,756.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 42,756.00 | 42,756.00 | |

TOTAL - ALL ACCOUNTS — NET DEPOSITS / NET DISBURSEMENTS / ACCOUNT BALANCE

Checking Account (Non-Interest Earn - *******7142)   42,756.00   42,756.00   0.00

42,756.00   42,756.00   0.00

(Excludes Account Transfers)   (Excludes Payments To Debtors)   Total Funds On Hand

/s/   Robert B. Katz, Trustee

Trustee's Signature: _____   Date: 08/08/16
ROBERT B. KATZ, TRUSTEE

Page Subtotals   0.00   0.00

Ver: 19.06a
LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*